# TRIAL COURT NO. 13-0182X
## APPELLATE CAUSE NO. 06-15-00025-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Vs.** | § | **STATE COURT OF APPEALS** |
| | § | |
| **THOMAS C. RICHARDSON, JR.** | § | **TEXARKANA, TEXAS** |

FILED IN
The Court of Appeals
Sixth District

MAR 3 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

ROBERT L. COLE, JR., Movant, brings this Motion to Withdraw as Counsel and in support thereof shows:

1.    Movant is attorney of record for THOMAS C. RICHARDSON, JR. and was appointed by the Court to represent Defendant on the appeal of this matter.

2.    Counsel has reviewed the record and found no meritorious issues. A defendant's right to assistance of counsel does not include the right to have an attorney urge frivolous or unmeritorious claims. Penson v. Ohio, 488 U.S. 75, 83-84 (1988). If an attorney concludes that appeal lacks merit, counsel is obligated to inform the client of this conclusion and refuse to prosecute the appeal. McCoy v. Court of Appeals of Wisconsin, Dist. 1, 486 U.S. 429, 437 (1988); TEX.DISCIPLINARY R. PROF. CONDUCT 3.01 (1989), *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. G app. (Vernon Supp. 1994) (State Bar Rules art. X § 9).

2.    The last known address of THOMAS C. RICHARDSON, JR. is as follows: 1970061, Joe F. Gurney Unit, 1385 FM 3328, Palestine, TX 75803.

Attachment A

4. A copy of this Motion, the brief in support of this Motion, and the record have all been delivered to THOMAS C. RICHARDSON, JR., who was thereby notified in writing of his right to object to this motion.

5. The motion to withdraw is accompanied by two exhibits. See Johnson v. State. 885 S.W. 2d 641 (Tex. App.—Waco 1994, not pet.) Exhibit A is Counsel's Brief in Support of the Motion to Withdraw. Exhibit B is a copy of the letter to Appellant notifying him that Counsel is filing this Motion, and providing him with a copy of the brief, and the trial record.

Movant requests that this Honorable Court enter an order permitting Movant to withdraw as attorney of record for THOMAS C. RICHARDSON, JR.

Respectfully submitted,

**ROBERT L. COLE, JR.**
Attorney at Law
409 N. Fredonia, Suite 107
Longview, Texas
Tel: (903) 236-6288
Fax: (903) 236-5441

Robert L. Cole, Jr.
State Bar No. 04547800

# NOTICE TO CLIENT

This motion is to notify you that this Motion for Withdrawal of Counsel has been filed. You should review the letter, which is incorporated as Exhibit "B".

_____
Robert L. Cole, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on 30 March, 2015, a true and correct copy of the above and foregoing document was served on Lew Dunn via facsimile transmission at 903-757-6712.

_____
Robert L. Cole, Jr.

NO. 06-15-00025-CR


IN THE


COURT OF APPEALS


SIXTH COURT OF APPEALS DISTRICT

---

THOMAS C. RICHARDSON, JR
APPELLANT,


VS.


STATE OF TEXAS,
APPELLEE,

---

On Appeal in Cause No. 13-0182X
In the 71st Judicial District of Harrison County, Texas

---

LETTER TO CLIENT CONCERNING MOTION TO
WITHDRAW

---

Robert L. Cole, Jr.
Attorney at Law
409 N. Fredonia St.
Longview, TX 75601
Tel: (903) 236-6288
Fax: (903) 236-5441
State Bar No. 04547800
Attorney for Appellant


Attachment B

## Robert L. Cole, Jr.
Mediator
Attorney at Law
P.O. Box 829
Longview, TX 75606

Physical Address
409 N. Fredonia, Suite 107
Longview, TX 75601

TEL: 903-236-6288
FAX: 903-236-5441

March 30, 2015

Thomas Richardson
#1970061
Joe F. Gurney Unit
1385 FM 3328
Palestine, TX 75803

      *Re:    Cause Number 06-15-00025-CR*

Dear Mr. Richardson:

      I write to inform you that I am filing a Motion to Withdraw as your appointed counsel on appeal. Unfortunately, the law states that I must file this motion if I have reviewed the record and found no meritorious issues. A defendant's right to assistance of counsel does not include the right to have an attorney urge frivolous or unmeritorious claims. Penson v. Ohio, 488 U.S. 75, 83-84 (1988). *If an attorney concludes that an appeal lacks merit, counsel is obligated to inform the client of this conclusion and refuse to prosecute the appeal.* McCoy v. Court of Appeals of Wisconsin, Dist. 1, 486 U.S. 429, 437 (1988): TEX. DISCIPLINARTY R. PROF. CONDUCT 3.01 (1989), *reprinted in* TEX. COV'T CODE ANN., tit. 2, subtit. G app (Vernon Supp. 1994) (State Bar Rules art. X, § 9) (emphasis added).

      Please find enclosed copies of the following items:

1.     Motion to Withdraw as Counsel Pursuant to Anders v. California which is being filed in the District Court; and

2.     Brief in Support of Motion to withdraw as Counsel Pursuant to Anders v. California; and

3.     A copy of this letter demonstrating it's service to you to the Sixth Court of Appeals; and

4.     A copy of the Reporter's and Clerk's Record in this case.

# NOTICE TO CLIENT

I have requested to be withdrawn as your appointed counsel in this case. Upon the granting of the Motion to Withdraw, I am discharged from further obligation to you. Johnson, 885 S.W. 2d at 647. However, by granting the motion to withdraw, this does not mean you lose your right to appeal. Johnson, 885 S.W.2d at 647 n.3. However, it does mean that you do not have a right to have an attorney represent you on appeal. Johnson, 885 S.W.2d at 647 n.3.

You have the right to file a brief on your own behalf. McMahon v. State, 529 S.W.2d 771, 772 (Tex. Crim. App. 1975). In addition, you have the right to review the record to find what points to raise in your *pro se* brief. McMahon, 529 S.W.2d at 772. To aid you in this, I am including a copy of the record for your use. You must file this brief with the Sixth Court of Appeals in Texarkana, Texas. That court has previously said that they will allow the defendant thirty (30) days following the filing of this action on the motion to withdraw to file a motion for an extension of time to file a *pro se* brief, if desired.

In summary:

I have provided a copy of the Anders brief to you; and

I have concluded as your attorney there are no issues which might arguably support an appeal and I am communicating this appellate court; and

I have informed you of your right to review the record, and provided a copy of the same; and

I have informed you of your right to file a brief or other response.

Furthermore, upon the decision of the Sixth Court of Appeals, you may have a right to file a Petition for Discretionary Review in the Court of Criminal Appeals. Should you have any questions, feel free to contact me.

Sincerely,

Robert L. Cole, Jr.
Attorney at Law

NO. 06-15-00025-CR

IN THE

COURT OF APPEALS

SIXTH COURT OF APPEALS DISTRICT

THOMAS C. RICHARDSON, JR.
APPELLANT,

VS.

STATE OF TEXAS,
APPELLEE,

On Appeal in Cause No. 13-0182X
In the 71st Judicial District of Harrison County, Texas

NOTICE OF FILING OF ANDERS BRIEF

Robert L. Cole, Jr.
Attorney at Law
409 N. Fredonia, Suite 107
Longview, TX 75601
Tel: (903) 236-6288
Fax: (903) 236-5441
State Bar No. 04547800
30 March 2015

Attachment C

**TO THE HONORABE JUDGES OF SAID COURT:**

Comes now ROBERT L. COLE, JR. appointed counsel for THOMAS C. RICHARDSON, JR., and notified this Court that Appellant's counsel has filed on this date Appellant's <u>Anders</u> brief.

Respectfully submitted,

**LAW OFFICE OF ROBERT L. COLE, JR.**

Robert L. Cole, Jr.
Attorney at Law
409 N. Fredonia, Suite 107
Longview, TX 75601
Tel: (903) 236-6288
Fax: (903) 236-5441
State Bar of Texas No. 04547800
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above has this day been delivered by facsimile transmission to Lew Dunn at 903-757-6712 attorney of record for the State of Texas.

Signed 30 March 2015

_____
Robert L. Cole, Jr.